CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

December 13, 2024

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

IN RE:                              )
                                    )    Misc. Case #: 1:24MC13
                                    )
MCKINSEY & COMPANY, INC.            )

**MOTION FOR AGREED ORDER COMPELLING COMPLIANCE**

The United States hereby moves the Court to enter the attached Agreed Order Compelling Compliance.

Date: December 13, 2024

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

*Randy Ramseyer*

Randy Ramseyer
Assistant United States Attorney
Virginia State Bar No. 33837
Abingdon, VA  24210
Telephone:  (276) 628-4161
E-mail:  randy.ramseyer@usdoj.gov